No. 93–8394. DiDOMENICO *v.* BERK ET AL. Super. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 6, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–8711. IN RE NOLT. Petition for writ of habeas corpus denied.

No. 93–8364. IN RE HUMAN; and
No. 93–8519. IN RE PREUSS. Petitions for writs of mandamus denied.

No. 93–667. AUTERY, ADMINISTRATRIX OF THE ESTATE OF AUTERY, DECEASED, ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1032. RATELLE, WARDEN *v.* CRAWFORD. C. A. 9th Cir. Certiorari denied.

No. 93–1188. WOOLSEY *v.* NATIONAL TRANSPORTATION SAFETY BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1212. GRAVES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1287. LeFLORE *v.* MARVEL ENTERTAINMENT GROUP ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1301. JURCEV ET AL. *v.* CENTRAL COMMUNITY HOSPITAL ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1305. 383 MADISON ASSOCIATES *v.* CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 93–1310. WEST ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1316. WALSH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.